UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NATHAN A. LOW and SUNRISE : Case No. 07 CV 2917
   FOUNDATION TRUST, :
                                        Plaintiffs, :
                                         : **Rule 7.1 Statement**
    - against - :
 :
WORKSTREAM INC. and MICHAEL :
   MULLARKEY, :
 :
                                      Defendants. :
---------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs <u>Nathan A. Low and the Sunrise Foundation Trust</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     None.

Date: <u>April 11, 2007</u>

                                                                    Signature of Attorney

                                                                    Attorney Bar Code: IR 5058