Gary L. Leshko (GL – 4146)
LAW OFFICES OF GARY LESHKO
One North Lexington Avenue, 15th Floor
White Plains, NY 10601
(914) 948-6000

Attorney for Defendant
Workstream, Inc.

Edward Hayum (EH - 8434)
COZEN O'CONNOR
45 Broadway Atrium, Suite 1600
New York, NY  10006
(212) 509-9400

Attorneys for Defendant,
Michael Mullarkey

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHAN A. LOW and SUNRISE FOUNDATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WORKSTREAM, INC. and MICHAEL MULLARKEY,<br><br>Defendants. | CASE NO. 07-CV-2917(CLB)<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**PLEASE TAKE NOTICE** that defendants Workstream, Inc. and Michael Mullarkey, will move, upon this document, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, before the Honorable Charles L. Brieant, USDJ, at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601-

4150, on June 1, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint.

New York, New York
May 1, 2006

                              COZEN O'CONNOR

                     By: _____
                          Edward Hayum (EH 8434)
                          45 Broadway Atrium
                          New York, NY  10006
                          212-509-9400

                          Attorneys for Defendants Workstream, Inc.,
                          and Michael Mullarkey