# Rabin & Peckel LLP

ATTORNEYS AT LAW

I. STEPHEN RABIN
ALLAN K. PECKEL
JOSEPH V. McBRIDE
ELANA M. BOURKOFF

275 MADISON AVENUE, SUITE 420
NEW YORK, N.Y. 10016
TELEPHONE 212/880-3722
TELECOPIER 212/880-3716
INFO@RABINPECKEL.COM
WWW.RABINPECKEL.COM

**BY FAX & MAIL**

OF COUNSEL
JOSEPH P. GARLAND

April 23, 2007

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

    Re: *Sunrise Equity Partners, L.P. vs. Workstream Inc., et al.*, 06-CV-7754 (CLB) (MDF)
         <u>*Nathan A. Low, et al. vs. Workstream Inc., et al.*, 07-CV-2917 (CLB) (MDF)</u>

Dear Judge Brieant:

    Our letter of April 19, requested a conference to deal with discovery and related issues. Defendants apparently do not oppose such a conference. In fact the issues they raise in their April 20 letter and motion, we respectfully submit, indicates that such a conference would be more than helpful.

    In any event, their arguments concern the issues to be addressed at such a conference. We will respond to defendants' arguments at any conference scheduled by the Court and/or our opposition to their motion to strike the Complaint in the above-captioned latter action.

    We do note, however, that defendants cite no authority supporting their thesis that a person's legal rights may be extinguished by a scheduling order in a case in which he does not appear.

                                                Respectfully yours,

                                                I. Stephen Rabin

cc:   H. Robert Fiebach, Esq.
       *Counsel for Defendant Michael Mullarkey*

       Gary L. Leshko, Esq.
       *Counsel for Defendant Workstream Inc.*