UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SUNRISE EQUITY PARTNERS, L.P.
et. al.,

                       Plaintiff(s),

- against -

WORKSTREAM, INC. and
MICHAEL MULLARKEY,

                       Defendant(s).
----------------------------------------------------------x

Rev. January 2006

CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER

06 Civ. 7754 (CLB)  Consolidated
07 Civ. 2917         Cases

This Court requires that this case shall be <u>ready for trial</u> on or after November 19, 2007.

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure.

The case (is) (is not) to be tried to a jury.

Joinder of additional parties must be accomplished by  N/A

Amended pleadings may be filed until  N/A

### Discovery:

1. Interrogatories are to be served by all counsel no later than  July 16, 2007 , and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall) (shall not) apply to this case.

2. First request for production of documents, if any, to be served no later than July 16, 2007

3. Depositions to be completed by September 17, 2007 (except expert depositions)

    a. Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.
    d. If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in



TOTAL P.03

the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than __July 16, 2007__

5. Requests to Admit, if any to be served no later than **September 15, 2007**

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) ~~are~~ ~~not~~ attached and made a part hereof.

7. All discovery is to be complete by __October 30, 2007__

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next Case Management Conference __November 16, 2007 at 9:00 a.m.__
(This date will be set by the Court at the first conference)

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date. *See attached sheet incorporated by reference*
SO ORDERED.

Dated: White Plains, New York


Charles L. Brieant, U.S.D.J.

## SUNRISE EQUITY PARTNERS, L.P., ET AL., v. WORKSTREAM, INC. ET AL.
## 06 Civ. 7754 (CLB)

### Additional Case Management Provisions

1. Responses to Defendants' Counterclaims will be served and filed by June 27, 2007.

2. Nathan Low's documents relating to trading in Workstream securities will be produced to Defendants by June 15, 2007.

3. The parties shall be allowed to make further requests for production of documents during the period of time when fact discovery is open to the extent that documents are identified for the first time in depositions.

4. All depositions taken in the case prior to consolidation shall be used in the consolidated case, and shall not be taken again.

5. All fact discovery is to be completed by October 15, 2007.

6. Each side is to serve its expert reports by October 1, 2007. Rebuttal reports, if any, shall be served by October 15, 2007. Expert depositions, if any, shall be completed by October 30, 2007.

7. Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on November 16, 2007.

*CLB*/USDJ