UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| SUNRISE EQUITY PARTNERS, L.P., NATHAN A. LOW, and SUNRISE FOUNDATION TRUST, | : 06-CV-7754 (CLB) (MDF)<br>: 07-CV-2917 (CLB) (MDF) |
| Plaintiffs, | |
| - against - | |
| WORKSTREAM INC. and MICHAEL MULLARKEY, | STIPULATION OF **DISMISSAL** |
| Defendants, | |
| - against - | |
| NATHAN A. LOW and SUNRISE SECURITIES CORPORATION, | |
| Counterclaim Defendants. | |

-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED THAT pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Sunrise Equity Partners, L.P., Nathan A. Low, and Sunrise Foundation Trust; Defendants Workstream Inc. and Michael Mullarkey; and Counterclaim Defendants Nathan A. Low and Sunrise Securities Corporation, by their respective counsel, subject to receipt of payment in full as set forth in the settlement agreement being contemporaneously entered into by the parties, hereby dismiss the above-referenced consolidated actions with prejudice, each party to bear his/its own costs.

Dated: April 4, 2008

**IT IS SO ORDERED:**

_____
Hon. Charles L. Brieant, U.S.D.C.J.

Dated: April 7, 2008

RABIN & PECKEL LLP

By: _____/s/_____
I. Stephen Rabin (IR-5058)
Joseph V. McBride (JM-3550)
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Facsimile: (212) 880-3716

*Attorneys for Plaintiffs
 and Counterclaim Defendants*

BAKER, LESHKO, SALINE & BLOSSER, LLP

By: _____/s/_____
Gary L. Leshko (GL-4146)
One North Lexington Avenue
White Plains, NY 10601
Telephone: (914) 681-9500
Facsimile: (914) 681-9505

*Attorneys for Defendant Workstream Inc.*

COZEN O'CONNOR

By: _____/s/_____
H. Robert Fiebach (HF-5464)
David M. Doret (DD-2949)
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

COZEN O'CONNOR
Edward Hayum (EH-8434)
45 Broadway Atrium, Suite 1600
New York, NY 10006
Telephone: (212) 519-9400
Facsimile: (212) 519-9492

*Attorneys for Defendant Michael Mullarkey*

2